IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SOUTHEAST CRANE INSPECTIONS LLC,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 16-00392-KD-B ) |
| **CHAUCER CORPORATE CAPITAL (N). 3) LIMITED,** | ) ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), and dated October 14, 2016 (doc. 13), is **ADOPTED** as the opinion of this Court.

Accordingly, the motion to remand is **GRANTED,** the motion for fees is **DENIED**, and it is **ORDERED** that this action is remanded to the Circuit Court of Hale County, Alabama.

**DONE** and **ORDERED** this the 22nd day of November 2016.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**